NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMI ALBRA,<br><br>            Plaintiff-Appellant,<br><br>  v.<br><br>SELENE FINANCE; et al.,<br><br>            Defendants-Appellees. | No. 18-16299<br><br>D.C. No. 2:18-cv-00018-APG-PAL<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Andrew P. Gordon, District Judge, Presiding

Submitted November 27, 2018[**]

Before:  CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

Sami Albra appeals pro se from the district court's order denying his

application for leave to proceed in forma pauperis ("IFP").  We have jurisdiction

under 28 U.S.C. § 1291.  We review for an abuse of discretion, *Escobedo v.*

*Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015), and we affirm.

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion in denying Albra's IFP application because Albra failed to make a sufficient showing of indigency. *See* 28 U.S.C. § 1915(a) (IFP statute); *Escobedo*, 787 F.3d at 1234 ("[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." (citation and internal quotation omitted)).

**AFFIRMED.**